UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JESSE ALLAN MAYO,
    Plaintiff,

vs.                                              Case No.:  3:20cv5813/MCR/EMT

GRAHAM FOUNTAIN, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, formerly an inmate of the Okaloosa County Department of Corrections (OCDOC) proceeding pro se and in forma pauperis, initiated this civil rights action by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). On January 26, 2021, the court entered an order advising Plaintiff that it had discovered he was released from the OCDOC on December 16, 2020, but had not notified the court of his release or current address, which caused the court to question whether Plaintiff's allegation of poverty remained true (ECF No. 11). *See* 28 U.S.C. § 1915(e)(2)(A) (requiring the court to dismiss a case at any time if the court determines that the allegation of poverty is untrue). The court directed Plaintiff to file, within thirty days, a notice of change of address and an amended IFP motion with the required financial affidavit (*see* ECF No. 11). The court expressly notified

Plaintiff that if he failed to comply with the court's order, the undersigned would recommend dismissal of this case without further notice (*see id.* at 3).[1]

The deadline for compliance with the court's order passed, and Plaintiff failed to file a notice of change of address or amended IFP motion; therefore, on March 4, 2021, the court issued an order directing Plaintiff to show cause, within fourteen days, why this case should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 14). The court again notified Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of this case (*see id.*).

The deadline for compliance with the show cause order has passed, and Plaintiff has not filed a notice of change of address, an amended IFP motion, or a response to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

---

[1] The undersigned directed the clerk of court to mail a copy of the order of January 26, 2021, to the address listed on the ODCOD's website as Plaintiff's address upon release, 593 Hill Lane, Niceville, Florida 32578 (*see* ECF No. 11). The clerk did so, but the order was returned to the court as undeliverable (*see* ECF No. 12).

Case No.: 3:20cv5813/MCR/EMT

At Pensacola, Florida, this 13th day of April 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control**.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.:  3:20cv5813/MCR/EMT